**United States Bankruptcy Court**
**Eastern District of Virginia**
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number** 18−35189−KLP
**Chapter** 13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gregory Ridell Jeffery Sr.
2707 Pomona Road
Richmond, VA 23223

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
    Debtor: xxx−xx−5793

Employer Tax−Identification (EIN) No(s).(if any):
    Debtor: NA

### NOTICE OF POSSIBLE DISMISSAL
### PURSUANT TO LBR 1007−1 LISTS, SCHEDULES AND STATEMENTS

**TO:    DEBTOR OR DEBTOR'S COUNSEL**

You filed a petition with the Office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on October 16, 2018. Pursuant to Local Bankruptcy Rule 1007−1, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date.

**Missing Documents Due:  October 30, 2018**

*Failure to timely file the missing document(s) or to timely seek an extension of time, may result in the dismissal of your bankruptcy case.*

**\*\*Missing Document(s):**

**Summary of Your Assets and Liabilities and Certain Statistical Information**

Date:   October 30, 2018

**William C. Redden**
**Clerk, United States Bankruptcy Court**

/s/   James Cummings
Deputy Clerk

[10071vAug2018.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                              Case No. 18-35189-KLP
Gregory Ridell Jeffery, Sr.                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: cummingsj             Page 1 of 1            Date Rcvd: Oct 30, 2018
                              Form ID: 1007115            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2018.
db              +Gregory Ridell Jeffery, Sr.,    2707 Pomona Road,    Richmond, VA 23223-1736

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2018 at the address(es) listed below:
          John C. Morgan, Jr.   on behalf of Debtor Gregory Ridell Jeffery, Sr. rhonda@NewDayLegal.com,
           jcmlaw123@gmail.com;jcm@ecf.inforuptcy.com;bkdocs@newdaylegal.com;r49876@notify.bestcase.com;robi
           n@newdaylegal.com;christy@newdaylegal.com
          John P. Fitzgerald, III    USTPRegion04.RH.ECF@usdoj.gov
          Suad   Bektic    on behalf of Debtor Gregory Ridell Jeffery, Sr. sbektic@newdaylegal.com,
           bekticsr49876@notify.bestcase.com;rhonda@newdaylegal.com;robin@newdaylegal.com;christy@newdaylega
           l.com
          Suzanne E. Wade    ecfsummary@ch13ricva.com,    trustee@ch13ricva.com;fred@cmc13.net
                                                                                             TOTAL: 4